UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 24-CR-10201-PBS |
| | ) | |
| STEVEN MADISON, | ) | |
| CHRISTOPHER WHITE, | ) | |
| QUENTIN MCDONALD, and | ) | |
| ELGUN MIKAIYLOV | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION TO UNSEAL SUPERSEDING INDICTMENTS</u>**

The United States of America respectfully moves this Court to unseal the Superseding Indictment filed in this case. As grounds for this motion, the government states that the added defendant is now in custody.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *John J. Reynolds III*
John J. Reynolds III
Assistant U.S. Attorney

Dated:      April 24, 2025

Motion is ALLOWED:

_____
HON. DONALD L. CABELL
Chief U.S. Magistrate Judge

Date: